**UNITED STATES BANKRUPTCY COURT**
**Western District of Virginia**

**In re:**

Kimberly Anne Kastner

 Debtor

  SSN:   xxx–xx–8476

 Joint Debtor

  SSN:

**Case No. 05–70321**

**Date Filed: 1/31/05**

**Chapter 7**

**DISCHARGE OF DEBTOR(S)**

It appearing from the record that the above–named debtor is entitled to a discharge, IT IS ORDERED:

1. The debtor is released from all personal liability for debts existing on the date of commencement of this case, or deemed to have existed on such a date pursuant to Section 348(d) of the Bankruptcy Code (Title 11, United States Code).

2. Any existing judgement or any judgement which may be obtained in any Court with respect to debts described in paragraph 1 is null and void as a determiniation of personal liability of the debtor except:

 a. Debts determined nondischargeable by the Bankruptcy Court pursuant to Section 523(a)(2), (4), (6) and (15) of the Bankruptcy Code; and

 b. Debts which are nondischargeable pursuant to Section 523(a)(1), (3), (5), (7), (8) and (9) of the Bankruptcy Code.

3. This Order does not affect any pending complaint to have a debt declared nondischareable pursuant to Section 523(a)(2), (4), (6) and (15) of the Bankruptcy Code, nor does it prohibit filing of a complaint under Section 523(a)(1), (3), (5), (7), (8) and (9) of the Bankruptcy Code.

4. All creditors are prohibited from attempting to collect any debt that has been discharged in this case.

5. By virtue of Section 525 of the Bankruptcy Code, no government unit or private employer may terminate the employment of or discriminate with respect to employment against debtor solely because relief was sought in the Bankruptcy Court.

**Dated:** 4/26/05

                _Ross W. Krumm_
                ROSS W. KRUMM, JUDGE

dis01.jsp

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0423-7          User: obriens              Page 1 of 1                  Date Rcvd: Apr 26, 2005
Case: 05-70321                Form ID: b18               Total Served: 11

The following entities were served by first class mail on Apr 28, 2005.
db         Kimberly Anne Kastner,   519 Pine Street,   Vinton, VA   24179-4701
aty        Darren T Delafield,   P O BOX 2446,   ROANOKE, VA   24010-2446
tr        +Charles R Allen, Jr.,   120 Church Ave SW,   Roanoke, VA 24011-1906
1941641    First Citizens Bank  And,   100 E Tryon Rd,   Raleigh, NC  27603-3581
1941642   +Fleet Credit Card Services,   200 Tournament Dr,   Horsham, PA 19044-3686
1941643    Hsbc/bstby,   PO Box 6985,   Bridgewater, NJ  08807-0985
1941644    Nissan Financing,   PO Box 660360,   Dallas, TX  75266-0360
1941646   +The Belk Center Inc,   2801 W Tyvola Rd,   Charlotte, NC 28217-4500

The following entities were served by electronic transmission on Apr 26, 2005 and receipt of the transmission
was confirmed on:
1941645    EDI: TSYS.COM Apr 26 2005 19:21:00     Sams Club,   PO Box 29116,   Shawnee Mission, KS  66201-1416
1941647    EDI: WTRWFNNB.COM Apr 26 2005 19:21:00     Wfnnb/expres,   PO Box 330066,
            Northglenn, CO  80233-8066
1941648    EDI: WTRWFNNB.COM Apr 26 2005 19:21:00     Wfnnb/vctria,   PO Box 182128,   Columbus, OH  43218-2128
                                                                                                    TOTAL: 3

           ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 28, 2005**                                 **Signature:** _Joseph Speetjens_